STEPHEN LIAKAS, ESQ.
Founding Partner
SL@Liakaslaw.com

CASSANDRA ROHME, ESQ.
Partner, Chair of Civil Rights
crohme@liakaslaw.com



Liakaslaw.com
40 Wall Street
50th Floor
New York, NY 10005

New Jersey Office
576 Main Street
Suite C
Chatham, NJ 07928

July 31, 2025

**VIA ECF TO:**

Honorable José R. Almonte, U.S.M.J.
United States District Court, District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street, Room 4015
Newark, New Jersey 07101

      Re:    **Cinnamon McMillian v. The State of New Jersey, et al.**
              **Docket No.: 21-CV-20600 (SDW)(JRA)**

Your Honor:

      This firm represents Plaintiff. We write regarding Plaintiff's motion for sanctions (ECF 204 & 205) and the Court's subsequent order identifying procedural defects in that motion (ECF 207), which instructed Plaintiff to re-file the motion and established a corresponding briefing schedule. *See id.* (setting response deadline of August 19 and reply deadline of August 26). Plaintiff will ensure all further papers in this matter are filed in compliance with Local Rule 5.3.

      In light of Plaintiff's filing error and the briefing schedule the Court set in response to the same, the principal relief requested in Plaintiff's earlier-filed motion—an order barring defense counsel Adam Carman from attending further depositions—will be moot, as the parties have scheduled the three depositions remaining to take place remotely before August 26. Plaintiff accordingly withdraws her motion, and she will evaluate the suitability of other associated relief following the close of depositions.

      We appreciate the Court's time and attention to this matter.

      Respectfully Submitted,

      **LIAKAS LAW, P.C.**
      *Attorneys for Plaintiff*
      */s/ Stephen Liakas*

      _____
      Stephen Liakas, Esq.
      Cassandra Rohme, Esq.

CC: All Counsel (By ECF)